**[3504]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:04−bk−11317−GLP<br>Chapter 13 |

Keith Francis

    Debtor(s)    /

NOTICE OF CLAIM FILED BY DEBTOR

TO:

D.C. Properties/Happy Valley Partnership
PO Box 498
Weirsdale, FL 32695

    Notice is given pursuant to Fed. R. Bank. P. 3004 that Debtor filed a claim on your behalf in the above captioned matter on March 28, 2005 , in the amount of $ 3,900.00 .

    Dated March 29, 2005 .

                                            David K Oliveria , Clerk of Court
                                            300 North Hogan Street Suite 3−350
                                            Jacksonville, FL 32202

    Copies furnished to:
    Debtor
    Debtor's Attorney
    Trustee
    D.c. Properties/Happy Valley Partnership